| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Preserve at Fox Gap, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5119714** | |
| 4. | **Debtor's address** | **Principal place of business** **21482 Greenbrier Road** **Boonsboro, MD 21713** Number, Street, City, State & ZIP Code  **Washington** County | **Mailing address, if different from principal place of business** **11012 Staley Drive** **Hagerstown, MD 21742** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor **Preserve at Fox Gap, LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Preserve at Fox Gap, LLC**                                                        Case number (*if known*)
        Name

List all cases. If more than 1,
attach a separate list                Debtor _____                        Relationship _____
                                      District _____   When _____     Case number, if known _____

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Preserve at Fox Gap, LLC**                    Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2024**
               MM / DD / YYYY

**X** **/s/ Todd Easterday**                    **Todd Easterday**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

**X** **/s/ Richard B. Rosenblatt**                    Date **November 4, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Richard B. Rosenblatt 04678**
Printed name

**Law Offices of Richard B. Rosenblatt, PC**
Firm name

**Suite 302**
**30 Courthouse Square**
**Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone **301-838-0098**     Email address **rrosenblatt@rosenblattlaw.com**

**04678 MD**
Bar number and State

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Preserve at Fox Gap, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adtek Engineers**<br>9990 Fairfax Blvd., Suite 300<br>Fairfax, VA 22030 | | Professional services | | | | $60,000.00 |
| **Construction Equip, LLC**<br>9212 Stotelmeyer Rd.<br>Boonsboro, MD 21713 | | | | | | $2,730,000.00 |
| **Credibly of Arizona, LLC**<br>1501 W. Foutainhead Parkway, Suite 630<br>Tempe, AZ 85282 | | | | | | $39,071.20 |
| **Easterday Land Development, LLC**<br>21482 Greebrier Road<br>Boonsboro, MD 21713 | | | | | | $250,000.00 |
| **Excavating Associates Inc.**<br>c/o Gorman E. Getty, III<br>23 Washington St.<br>P.O. Box 1485<br>Cumberland, MD 21501-1485 | | | | | | $250,000.00 |
| **Greenbrier Farms, LLC**<br>214842 Greenbrier Road<br>Boonsboro, MD 21713 | | | | | | $500,000.00 |

Debtor  **Preserve at Fox Gap, LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robert Maslow**<br>**11756 Banyan Rim Drive**<br>**Whittier, CA 90601** | | | | | | $540,000.00 |
| **Small Business Adminstration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | | | | | | $251,000.00 |
| **Tam Investments, LLC**<br>**20320 Ayoub Lane**<br>**Hagerstown, MD 21742** | | | | | | $1,773,000.00 |
| **The Battery Group**<br>**661 Central Avenue, Suite 201**<br>**Cedarhurst, NY 11516** | | | | | | $6,000,000.00 |
| **Tm Trading, LLC**<br>**21454 Greenbrier Road**<br>**Boonsboro, MD 21713** | | | | | | $1,719,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

# United States Bankruptcy Court
## District of Maryland

In re **Preserve at Fox Gap, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jacob & Jeanette Easterday**<br>**21482 Greenbrier Road**<br>**Boonsboro, MD 21713** | | | **33% ownership** |
| **Michael Easterday**<br>**11012 Staley Drive**<br>**Hagerstown, MD 21742** | | | **33% ownerhsip** |
| **Todd Easterday**<br>**20320 Ayoub Lane**<br>**Hagerstown, MD 21742** | | | **33% ownership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 4, 2024**

Signature **/s/ Todd Easterday**  
**Todd Easterday**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re  **Preserve at Fox Gap, LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 4, 2024**　　　　　　　**/s/ Todd Easterday**
　　　　　　　　　　　　　　　　　　　　**Todd Easterday**/**Managing Member**
　　　　　　　　　　　　　　　　　　　　Signer/Title

```
Adtek Engineers
9990 Fairfax Blvd., Suite 300
Fairfax, VA 22030


Comptroller of Maryland
Bankruptcy Unit
301 W Preston St Room 409
Baltimore, MD 21201-2396


Construction Equip, LLC
9212 Stotelmeyer Rd.
Boonsboro, MD 21713


Credibly of Arizona, LLC
1501 W. Foutainhead Parkway, Suite 630
Tempe, AZ 85282


Easterday Land Development, LLC
21482 Greebrier Road
Boonsboro, MD 21713


Excavating Associates Inc.
c/o Gorman E. Getty, III
23 Washington St. P.O. Box 1485
Cumberland, MD 21501-1485


Greenbrier Farms, LLC
214842 Greenbrier Road
Boonsboro, MD 21713


Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201


John McJunkin, Esq.
Baker Donelson
901 K Street, NW, Suite 900
Washington, DC 20001
```

```
Michael John Bouey, Esq.
31 West Partrick Street, Suite 120
Frederick, MD 21701



Robert Maslow
11756 Banyan Rim Drive
Whittier, CA 90601



Scott M. Myers, Esq.
1401 Rockville Pike, Suite 510
Rockville, MD 20852



Small Business Adminstration
409 3rd Street, SW
Washington, DC 20416



Tam Investments, LLC
20320 Ayoub Lane
Hagerstown, MD 21742



TBG, Funding, LLC
c/o John McJunkin, Esquire
901 K Street, NW, Suite 900
Washington, DC 20001



The Battery Group
661 Central Avenue, Suite 201
Cedarhurst, NY 11516



Tm Trading, LLC
21454 Greenbrier Road
Boonsboro, MD 21713
```

# United States Bankruptcy Court
## District of Maryland

In re  **Preserve at Fox Gap, LLC**                              Case No.
                          Debtor(s)                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Preserve at Fox Gap, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 4, 2024** | **/s/ Richard B. Rosenblatt** |
| Date | **Richard B. Rosenblatt 04678** |
| | Signature of Attorney or Litigant |
| | Counsel for **Preserve at Fox Gap, LLC** |
| | **Law Offices of Richard B. Rosenblatt, PC** |
| | **Suite 302** |
| | **30 Courthouse Square** |
| | **Rockville, MD 20850** |
| | **301-838-0098 Fax:301-838-3498** |
| | **rrosenblatt@rosenblattlaw.com** |